UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMY GLAZA,

        Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

        Defendant.

Case No. 17-cv-05254-VC

**ORDER OF DISMISSAL**

        The Court has been advised by the Certification of ADR Session filed on February 8, 2018 that the parties have resolved this case through mediation. (Re: Dkt. No. 24). Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

        The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reopen the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

        **IT IS SO ORDERED.**

Dated: February 12, 2018

_____
VINCE CHHABRIA
United States District Judge